*11-66333*

CLOSED, EFILE

U.S. District Court
United States District Court for the District of Connecticut (New Haven)
CIVIL DOCKET FOR CASE #: 3:11-cv-00877-JBA

| | |
|---|---|
| Mooney v. General Electric Company et al | Date Filed: 05/31/2011 |
| Assigned to: Judge Janet Bond Arterton | Date Terminated: 06/06/2011 |
| Cause: 28:1441 Petition for Removal- Personal Injury | Jury Demand: Defendant |
| | Nature of Suit: 368 P.I. : Asbestos |
| | Jurisdiction: Federal Question |

**Plaintiff**

Lawrence Mooney     represented by **Melissa M. Olson**
Embry & Neusner
118 Poquonnock Rd., Po Box 1409
Groton, CT 06340
860-449-0341
Fax: 860-449-9070
Email: molson@embryneusner.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

General Electric Company     represented by **Dan E. LaBelle**
Halloran & Sage
315 Post Rd. West
Westport, CT 06880
203-227-2855
Email: labelle@halloran-sage.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

CBS Corporation
*formerly known as*
Viacom, Inc.
*formerly known as*
Westinghouse Electric Corporation
    represented by **Thomas F. Maxwell, Jr.**
Pullman & Comley
850 Main St., Po Box 7006
Bridgeport, CT 06601-7006
203-330-2252
Email: tmaxwell@pullcom.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

Air & Liquid Systems Corporation
*Successor*
Buffalo Pumps, Inc.
    represented by **Bryna Rosen Misiura**
Governo Law Firm LLC
Two International Place
Boston, MA 02110
617-737-9045
Fax: 617-737-9046
Email: bmisiura@governo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael D. Simons**

Governo Law Firm LLC
Two International Place
Boston, MA 02110
617-737-9045
Fax: 617-737-9046
Email: MSimons@governo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Cross Claimant

| | | |
|---|---|---|
| CBS Corporation | represented by | Thomas F. Maxwell, Jr.<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

V.

Cross Defendant

| | | |
|---|---|---|
| Air & Liquid Systems Corporation | represented by | Bryna Rosen Misiura<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | Michael D. Simons<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

Cross Defendant

| | | |
|---|---|---|
| General Electric Company | represented by | Dan E. LaBelle<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

Cross Claimant

| | | |
|---|---|---|
| Air & Liquid Systems Corporation | represented by | Bryna Rosen Misiura<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | Michael D. Simons<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

V.

Cross Defendant

| | | |
|---|---|---|
| CBS Corporation | represented by | Thomas F. Maxwell, Jr.<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

Cross Defendant

| | | |
|---|---|---|
| General Electric Company | represented by | Dan E. LaBelle<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| | | |
|---|---|---|
| | | Corporation.(Simons, Michael) (Entered: 06/01/2011) |
| 06/01/2011 | 16 | MOTION to Stay *Proceedings* by Air & Liquid Systems Corporation.Responses due by 6/22/2011 (Simons, Michael) (Entered: 06/01/2011) |
| 06/01/2011 | | Docket Entry Correction re 9 Electronic Service Documents: corrected date filed date to 6/1/2011. (Kelsey, N.) (Entered: 06/01/2011) |
| 06/06/2011 | 17 | ORDER OF DISMISSAL. Signed by Judge Janet Bond Arterton on 6/6/2011. (Kelsey, N.) (Entered: 06/06/2011) |
| 06/06/2011 | | JUDICIAL PROCEEDINGS SURVEY: The following link to the confidential survey requires you to log into CM/ECF for SECURITY purposes. Once in CM/ECF you will be prompted for the case number. Although you are receiving this survey through CM/ECF, it is hosted on an independent website called SurveyMonkey. Once in SurveyMonkey, the survey is located in a secure account. The survey is not docketed and it is not sent directly to the judge. To ensure anonymity, completed surveys are held up to 90 days before they are sent to the judge for review. We hope you will take this opportunity to participate, please click on this link: https://ecf.ctd.uscourts.gov/cgi-bin/Dispatch.pl?survey (Kelsey, N.) (Entered: 06/06/2011) |
| 06/08/2011 | 18 | NOTICE of Appearance by Dan E. LaBelle on behalf of General Electric Company (LaBelle, Dan) (Entered: 06/08/2011) |
| 06/08/2011 | 19 | Corporate Disclosure Statement by General Electric Company. (LaBelle, Dan) (Entered: 06/08/2011) |
| 06/13/2011 | 20 | MDL Conditional Transfer ORDER. Case transferred to the Eastern District of PA. Signed by Clerk, MDL Panel on 6/10/11. (Inferrera, L.) (Entered: 06/13/2011) |
| 06/13/2011 | | Case electronically transferred to the Eastern District of Pennsylvania. MDL No. 875. (Walker, J.) (Entered: 06/13/2011) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/14/2011 08:33:27 | | | |
| PACER Login: | us4447 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 3:11-cv-00877-JBA |
| Billable Pages: | 4 | Cost: | 0.32 |