IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASPESTOS PRODUCTS      :   Consolidated Under MDL 875
LIABILITY LITIGATION (No. VI) :
                              :
VARIOUS PLAINTIFFS            :   Newly Filed Cases Transferred
                              :   to MDL 875 in June 2011
    v.                        :
                              :
VARIOUS DEFENDANTS            :

FILED
JUL -7 2011
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

O R D E R

STATUS AND SCHEDULING CONFERENCE

AND NOW, this 7th day of July, 2011, it is hereby ORDERED that in the cases listed in Exhibit "A," attached, a status and scheduling conference will be held on **Tuesday, July 26, 2011, at 2:00pm** in Courtroom 11A, United States Courthouse, 601 Market Street, Philadelphia, PA 19106. Prior to the conference, counsel shall review and ascertain the status of each case. **Please review the Frequently Asked Question sheet attached to this Order for general information regarding cases in MDL 875.**

It is further **ORDERED** that prior to, or at, the conference, Plaintiff's counsel in each action must inform the Court as to the status of the case.[1]

---

[1] If a status update is submitted to the Court prior to the conference, appearance by Plaintiff's counsel is excused. Defense counsel may appear at the conference to ascertain the status of the case, but appearance by Defense counsel is not required. The results of the hearing will be posted on the MDL 875 website at: www.paed.uscourts.gov/mdl875u.asp.

It is further **ORDERED** that Plaintiff's counsel shall be prepared to provide the following information to the Court:

a.) Each defendant with whom plaintiff has achieved resolution of his or her claim.

b.) Each defendant that plaintiff now desires to dismiss from the action.

c.) Each viable defendant that is still active in the case.

It is further **ORDERED** that, as to all viable, active defendants, counsel for the plaintiff in each case shall be prepared to report to the court:

a.) Status of compliance with Administrative Order no. 12 as amended.

b.) Any outstanding discovery.

c.) Any discovery that is still needed and a timetable for its completion.

d.) Whether the plaintiff has obtained a medical diagnosing

---

A status update should be made in writing, filed on the docket <u>and</u> emailed to the MDL 875 law clerk, emily_k_breslin@paed.uscourts.gov, or sent to:

> The Honorable Judge Eduardo C. Robreno
> Attn:  MDL 875 Law Clerk
> U.S. District Court, Eastern District of Pennsylvania
> 601 Market Street Room 2609
> Philadelphia, PA  19106

report or opinion upon which the plaintiff now relies for prosecuting his or her claim, if so, counsel shall provide the name and address of the physician or medical provider who has supplied the diagnosing report or opinion.

e.) Any motions pending.

f.) Readiness for trial and a proposed trial date.[3]

It is further **ORDERED** that, prior to the hearing, Plaintiffs' counsel may provide the Court with a list of cases which may be dismissed with prejudice or dismissed as to the viable defendants and moved to the bankruptcy only docket. The letter should include the E.D. Pa case number, the name of the plaintiff(s), and whether the case should be dismissed with prejudice or dismissed as to the viable defendants and moved to the bankruptcy only docket. Those cases will be removed from the list, and appropriate orders will be entered.

AND IT IS SO ORDERED.

_____
EDUARDO C. ROBRENO, J.

---

[3] The court will order presumptively that any outstanding discovery be completed within 120 days from the date of the hearing.

3

## Exhibit A

| DATE | PA E.D. # (11-) | TRANSFER # | NAME OF PLAINTIFF | TRANSFER DIST./DIV. | | |
|---|---|---|---|---|---|---|
| 6/14/2011 | 66290 | 10-03574 | Yancy, Cynthia Ann Greenwood Yancy, Payton Hixon as Co-Personal Rep of the Est. of Robert Ray Greenwood, Deceased | ALABAMA NORTHERN - 4 | T/O#: 1012 | ***CTO - 403*** |
| 6/14/2011 | 66291 | 11-00380 | Garner, James D., III Personal Rep. of the Est. of James D. Garner, Jr., Deceased | ALABAMA NORTHERN - 5 | T/O#: 1012 | ***CTO - 403*** |
| 6/2/2011 | 66271 | 11-01796 | Leavy, Linda Individually and as Successor in Interest to Henry Leavy, Deceased Bosche, Dianne Clark, Patricia Leavy, Ralph | CALIFORNIA NORTHERN | T/O#: 1005 | ***CTO - 397*** |
| 6/2/2011 | 66272 | 11-02308 | Muse, Christopher as Wrongful Death Heir and as Successor-In-Interest to Patricia Neal, Deceased | CALIFORNIA NORTHERN | T/O#: 1005 | ***CTO - 397*** |
| 6/2/2011 | 66273 | 11-02367 | Hill, Geraldine As Wrongful Death Heir, and as Successor-in-Interest to Robert Hill, Deceased Tindall, Krishna Hill, Sherlyn Crawford, Kimberly Roland, Darphine | CALIFORNIA NORTHERN | T/O#: 1005 | ***CTO - 398*** SEE 398 Above and 399 Below |
| 6/2/2011 | 66274 | 10-02043 | Culver, Timothy As Legal Heirs of Robert Hill, Deceased As Wrongful Death Heir to Robert Culver, Deceased | CALIFORNIA NORTHERN - 4 | T/O#: 1005 | ***CTO - 400*** |
| 6/2/2011 | 66751 | 11-02685 | Barbera, Frank J. | CALIFORNIA NORTHERN - 4 | T/O#: 1025 | ***CTO - 408*** |
| 6/2/2011 | 66279 | 10-03484 | Miller, Richard and Lilian | CONNECTICUT - 3 | T/O#: 1006 | ***CTO - 397*** |
| 6/2/2011 | 66275 | 11-00792 | Juula, Gladys Executrix of the Est. of James Jutila | CONNECTICUT - 3 | T/O#: 1006 | ***CTO - 397*** |
| 6/14/2011 | 66333 | 11-00877 | Mooney, Lawrence | ILLINOIS CENTRAL - 1 | T/O#: 1014 | ***CTO - 404*** |
| 6/2/2011 | 66276 | 11-01121 | Kaiser, Parnell H | ILLINOIS NORTHERN - 1 | T/O#: 1007 | ***CTO - 397*** |
| 6/2/2011 | 66277 | 11-01952 | Woods, Dale R. | ILLINOIS NORTHERN - 1 | T/O#: 1008 | ***CTO - 397*** |
| 6/2/2011 | 66278 | 11-50075 | Johnson, Francis J | ILLINOIS NORTHERN - 1 | T/O#: 1022 | ***CTO - 407*** |
| 6/21/2011 | 66747 | 11-01953 | Ryan, Michael C. | ILLINOIS NORTHERN - 1 | T/O#: 1022 | ***CTO - 407*** |
| 6/21/2011 | 66748 | 11-01954 | Wright, Deon W. | ILLINOIS NORTHERN - 1 | T/O#: 1022 | ***CTO - 407*** |

1

| Date | Number | Case No. | Plaintiff | District | T/O# | CTO |
|---|---|---|---|---|---|---|
| 6/2/2011 | 66287 | 11-00233 | Milligan, Charles O and William E. | ILLINOIS SOUTHERN - 3 | T/O#: 1010 | ***CTO - 400** See 10-03484 Above for cont. of CTO |
| 6/2/2011 | 66288 | 11-00244 | Unzicker, Leonard O. | ILLINOIS SOUTHERN - 3 | T/O#: 1010 | ***CTO - 401*** |
| 6/21/2011 | 66749 | 11-00203 | Liston, Sara Individually and as Special Admin. Of the Est. of Frank D Liston, Deceased | ILLINOIS SOUTHERN - 3 | T/O#: 1023 | ***CTO - 407*** |
| 6/21/2011 | 66737 | 11-00517 | McQueen, Ted | MISSOURI WESTERN - 4 | T/O#: 1019 | ***CTO - 406*** |
| 6/21/2011 | 66738 | 11-00518 | Dake, Billy R. | MISSOURI WESTERN - 4 | T/O#: 1019 | ***CTO - 406*** |
| 6/21/2011 | 66739 | 11-00519 | Collier, Phillip | MISSOURI WESTERN - 4 | T/O#: 1019 | ***CTO - 406*** |
| 6/21/2011 | 66740 | 11-00530 | Hannah, Darrell | MISSOURI WESTERN - 4 | T/O#: 1019 | ***CTO - 406*** |
| 6/21/2011 | 66741 | 11-00531 | Mettlach, Dennis | MISSOURI WESTERN - 4 | T/O#: 1019 | ***CTO - 406*** |
| 6/21/2011 | 66742 | 11-00534 | Hicks, Gary | MISSOURI WESTERN - 4 | T/O#: 1019 | ***CTO - 406*** |
| 6/21/2011 | 66743 | 11-00532 | Goodman, Joe D. | MISSOURI WESTERN - 4 | T/O#: 1019 | ***CTO - 406*** |
| 6/21/2011 | 66744 | 11-00533 | Gustin, Walter | MISSOURI WESTERN - 4 | T/O#: 1019 | ***CTO - 406*** |
| 6/21/2011 | 66335 | 11-03400 | Hall, Thomsa | NEW YORK SOUTHERN - 1 | T/O#: 1016 | ***CTO - 405*** |
| 6/21/2011 | 66336 | 11-03507 | LaFauci, Frank S. and Lucille | NEW YORK SOUTHERN - 1 | T/O#: 1016 | ***CTO - 405*** |
| 6/14/2011 | 66334 | 11-00211 | Sweredoski, Douglas A. and Rose K. | RHODE ISLAND - 1 | T/O#: 1015 | ***CTO - 404*** |
| 6/14/2011 | 66745 | 11-01340 | Campbell, Eulalie D. Ind. And as Personal Rep. of the Est. of George G. Campbell, Sr., Deceased | SOUTH CAROLINA - 2 | T/O#: 1020 | ***CTO - 406*** |
| 6/21/2011 | 66280 | 11-09753 | Bird, Kenneth O. | VIRGINIA EASTERN - 2 | T/O#: 1009 | ***CTO - 399** |
| 6/21/2011 | 66281 | 11-09754 | Chapman, Charles R. | VIRGINIA EASTERN - 2 | T/O#: 1009 | ***CTO - 399** |
| 6/21/2011 | 66282 | 11-09755 | Destito, Albert | VIRGINIA EASTERN - 2 | T/O#: 1009 | ***CTO - 399** |
| 6/21/2011 | 66283 | 11-09756 | Huffman, Ted C. | VIRGINIA EASTERN - 2 | T/O#: 1009 | ***CTO - 399** |
| 6/21/2011 | 66284 | 11-09757 | Pendleton, Burton E., Jr. | VIRGINIA EASTERN - 2 | T/O#: 1009 | ***CTO - 399** |
| 6/21/2011 | 66285 | 11-09758 | Rougle, Glenn L. | VIRGINIA EASTERN - 2 | T/O#: 1009 | ***CTO - 399** |
| 6/21/2011 | 66286 | 11-09759 | Thompson, John M. | VIRGINIA EASTERN - 2 | T/O#: 1009 | ***CTO - 399** |
| 6/21/2011 | 66337 | 11-09760 | McKittrick, Charles N. | VIRGINIA EASTERN - 2 | T/O#: 1009 | ***CTO - 405*** |
| 6/21/2011 | 66292 | 11-03321 | Covington, Clarence Edward | VIRGINIA EASTERN - 4 | T/O#: 1013 | ***CTO - 403*** |
| 6/21/2011 | 66293 | 11-03322 | Davis, Jerry Paul | VIRGINIA EASTERN - 4 | T/O#: 1013 | ***CTO - 403*** |
| 6/21/2011 | 66294 | 11-03323 | DelRosario, Juanita L. | VIRGINIA EASTERN - 4 | T/O#: 1013 | ***CTO - 403*** |
| 6/21/2011 | 66295 | 11-03324 | Dillon, Cecil Kenneth | VIRGINIA EASTERN - 4 | T/O#: 1013 | ***CTO - 403*** |
| 6/21/2011 | 66296 | 11-03325 | Encina, Rodolfo Yambao | VIRGINIA EASTERN - 4 | T/O#: 1013 | ***CTO - 403*** |
| 6/21/2011 | 66297 | 11-03326 | Evans, Isaac Roosevelt | VIRGINIA EASTERN - 4 | T/O#: 1013 | ***CTO - 403*** |
| 6/21/2011 | 66298 | 11-03327 | Gray, Esther Mae | VIRGINIA EASTERN - 4 | T/O#: 1013 | ***CTO - 403*** |
| 6/21/2011 | 66299 | 11-03328 | Gray, Jean Bell | VIRGINIA EASTERN - 4 | T/O#: 1013 | ***CTO - 403*** |
| 6/21/2011 | 66300 | 11-03329 | Green, Leroy | VIRGINIA EASTERN - 4 | T/O#: 1013 | ***CTO - 403*** |
| 6/14/2011 | 66301 | 11-03330 | Hall, Euless H., Jr. | VIRGINIA EASTERN - 4 | T/O#: 1013 | ***CTO - 403*** |
| 6/14/2011 | 66302 | 11-03331 | Hunter, Carolyn Patricia | VIRGINIA EASTERN - 4 | T/O#: 1013 | ***CTO - 403*** |
| 6/14/2011 | 66303 | 11-03332 | James, Sidney Curtis, Jr. | VIRGINIA EASTERN - 4 | T/O#: 1013 | ***CTO - 403*** |

| | | | | | |
|---|---|---|---|---|---|
| 6/14/2011 | 66304 | 11-03333 | Jennings, Garland C., Sr. | VIRGINIA EASTERN - 4 | T/O#: 1013 | ***CTO - 403*** |
| 6/14/2011 | 66305 | 11-03334 | Johnson, Melvin L. | VIRGINIA EASTERN - 4 | T/O#: 1013 | ***CTO - 403*** |
| 6/14/2011 | 66306 | 11-03335 | Jordan, Grayson B. | VIRGINIA EASTERN - 4 | T/O#: 1013 | ***CTO - 403*** |
| 6/14/2011 | 66307 | 11-03336 | Kearney, Olivia L. | VIRGINIA EASTERN - 4 | T/O#: 1013 | ***CTO - 403*** |
| 6/14/2011 | 66308 | 11-03337 | Marquette, Herman Henry | VIRGINIA EASTERN - 4 | T/O#: 1013 | ***CTO - 403*** |
| 6/14/2011 | 66309 | 11-03338 | McCoy, Frederick Wilbert | VIRGINIA EASTERN - 4 | T/O#: 1013 | ***CTO - 403*** |
| 6/14/2011 | 66310 | 11-03339 | McEachen, Allen | VIRGINIA EASTERN - 4 | T/O#: 1013 | ***CTO - 403*** |
| 6/14/2011 | 66311 | 11-03340 | Roberts, James Lee | VIRGINIA EASTERN - 4 | T/O#: 1013 | ***CTO - 403*** |
| 6/14/2011 | 66312 | 11-03341 | McIntyre, Gracie | VIRGINIA EASTERN - 4 | T/O#: 1013 | ***CTO - 403*** |
| 6/14/2011 | 66313 | 11-03342 | Newell, Willie Lucille | VIRGINIA EASTERN - 4 | T/O#: 1013 | ***CTO - 403*** |
| 6/14/2011 | 66314 | 11-03343 | Newkirk, Alexander | VIRGINIA EASTERN - 4 | T/O#: 1013 | ***CTO - 403*** |
| 6/14/2011 | 66315 | 11-03344 | Obispo, Samuel Flauta | VIRGINIA EASTERN - 4 | T/O#: 1013 | ***CTO - 403*** |
| 6/14/2011 | 66316 | 11-03345 | Parker, Daniel Lee, Sr. | VIRGINIA EASTERN - 4 | T/O#: 1013 | ***CTO - 403*** |
| 6/14/2011 | 66317 | 11-03346 | Riddick, Richard S. | VIRGINIA EASTERN - 4 | T/O#: 1013 | ***CTO - 403*** |
| 6/14/2011 | 66318 | 11-03347 | Royster, Sara Smith | VIRGINIA EASTERN - 4 | T/O#: 1013 | ***CTO - 403*** |
| 6/14/2011 | 66319 | 11-03348 | Savage, Verline | VIRGINIA EASTERN - 4 | T/O#: 1013 | ***CTO - 403*** |
| 6/14/2011 | 66320 | 11-03349 | Skinner, Marvin E. | VIRGINIA EASTERN - 4 | T/O#: 1013 | ***CTO - 403*** |
| 6/14/2011 | 66321 | 11-03350 | Steward, Alfred Richard | VIRGINIA EASTERN - 4 | T/O#: 1013 | ***CTO - 403*** |
| 6/14/2011 | 66322 | 11-03351 | Sudderth, Frank Lewis | VIRGINIA EASTERN - 4 | T/O#: 1013 | ***CTO - 403*** |
| 6/14/2011 | 66323 | 11-03352 | Thomas, Melvin Ray | VIRGINIA EASTERN - 4 | T/O#: 1013 | ***CTO - 403*** |
| 6/14/2011 | 66324 | 11-03353 | Vergonio, Tedoro Jaramillo | VIRGINIA EASTERN - 4 | T/O#: 1013 | ***CTO - 403*** |
| 6/14/2011 | 66325 | 11-03354 | Walker, Ruth L. | VIRGINIA EASTERN - 4 | T/O#: 1013 | ***CTO - 403*** |
| 6/14/2011 | 66326 | 11-03355 | Watson, Bety Mae | VIRGINIA EASTERN - 4 | T/O#: 1013 | ***CTO - 403*** |
| 6/14/2011 | 66327 | 11-03356 | Whitmore, Alphonza | VIRGINIA EASTERN - 4 | T/O#: 1013 | ***CTO - 403*** |
| 6/14/2011 | 66328 | 11-03357 | Williams, George Everette | VIRGINIA EASTERN - 4 | T/O#: 1013 | ***CTO - 403*** |
| 6/14/2011 | 66329 | 11-03358 | Young, Willie Edward, Jr. | VIRGINIA EASTERN - 4 | T/O#: 1013 | ***CTO - 403*** |
| 6/14/2011 | 66330 | 11-03359 | Jennings, Garland C., Sr. | VIRGINIA EASTERN - 4 | T/O#: 1013 | ***CTO - 403*** |
| 6/14/2011 | 66331 | 11-03360 | Watson, Ethelen Delores | VIRGINIA EASTERN - 4 | T/O#: 1013 | ***CTO - 403*** |
| 6/14/2011 | 66332 | 11-03361 | Morton, Wayne Calvin | VIRGINIA EASTERN - 4 | T/O#: 1013 | ***CTO - 403*** |
| 6/14/2011 | 66289 | 11-00455 | Dennis, Joanne Executor of the Est. of William R. Dennis | WASHINGTON WESTERN - 2 | T/O#: 1011 | ***CTO - 402*** |
| 6/21/2011 | 66750 | 11-00934 | Connelly, Ronald and Marva | WASHINGTON WESTERN - 2 | T/O#: 1024 | ***CTO - 407*** |
| 6/21/2011 | 66746 | 11-00283 | Zeller, Carol J. Individually and as Special Admin of the Est. of Clifford R. Zellner, Deceased | WISCONSIN EASTERN - 1 | T/O#: 1021 | ***CTO - 406*** |

3

## CERTIFICATE OF SERVICE

**MAILED:**

| | | | |
|---|---|---|---|
| ALAN BRAYTON | EDWARD KENNEY | KATHRYN HARMAN | ROBERT ALLEN |
| ALAN ZELKOWITZ | EDWARD MACCABE | KATHY HUYNH | ROBERT MUCKENFUSS |
| AMINAH ROGERS | ELIOT HARRIS | KENNETH WELTZ | ROBERT SWEENEY |
| BRIAN HOGAN | ELIZABETH ELDRIDGE | KEVIN CRAIG | SEAN FERGUS |
| CHRIS YOUTZ | ELLIOT FITZGERALD | KEVIN DUCKWORTH | STEPHEN MILOTT |
| CRAIG LILJESTRAN | ERIC REEVES | KRISTIN HOUSER | STEPHEN PERKINS |
| DANIEL DONAHUE | EVAN NELSON | LISE NEWTON | THEODORE HOVDA |
| DANIEL JARDINE | GABRIEL JACKSON | LOREN FAIRFAX BR | THOMAS CROSBY |
| DANIEL KELLER | IVOR SAMSON | MEREDITH HUDGENS | THOMAS SCHOBER |
| DANIEL ROWIN | JAMES CARTER | NICOLE GAGE | TIMOTHY MURPHY |
| DAVID MORRIS | JEFFREY ROGERS | RAMON BACERDO | WILLIAM NEXSEN |
| DONALD CARLSON | JEFFREY WOLF | RICHARD GAWLOWSKI | |
| DOUGLAS WILSON | JOSEPH THOENSEN | RICK SHEA | |

**EMAILED:**

| | | | |
|---|---|---|---|
| ADAM JAGADICH | DERRICK HADDOX | KAREN ZELLO | RICHARD GLASSER |
| ALBERT POOLE | DIANE KERO | KATHERINE GARDINER | RICHARD GRANT |
| ALLISON LOW | DONALD PUGLIESE | KATHERINE STEELE | RICHARD LAUTH |
| AMY KIMMEL | EDWARD LOW | KAY BROWN | RICHARD O'LEARY |
| ANNA DILONARDO | EDWARD MCCAMBRIDG | KENNETH FALKENSTEI | ROBERT LOVETT |
| ANTHONY TADDEO | ERIC CARLSON | KENT PLOTNER | ROBERT MERIWETHER |
| ARLENE BARTON | FRANK LANKFORD | KEVIN JAMISON | ROGER HEIDENREIC |
| BRETT LARSEN | FRANK POND | KIP HARBISON | RONALD AUSTIN |
| BRIAN SCHNEIDER | GEOFF SLONIKER | KIRA LIGATO | SCOTT THOMSEN |
| BRUCE BISHOP | GEORGE DANCIGERS | KURT REITZ | SHELLEY TINKOFF |
| BRYNA MISIURA | GERARD VOYER | LISA OBERG | STEPHEN FISHBACK |
| C. MUNDY | GROVER KEAHEY | MAJA EATON | STEPHEN JACKSON |
| CAMERON CARTER | HENRY WARE | MARC GRECO | STEPHEN MANUELE |
| CARL SCHWERTZ | HOWARD MORRIS | MARGARET FOSTER | STEVEN HART |
| CAROL ZUCKERMAN | JAMES CUNNINGHAM | MARK DENEHY | STEVEN PUGH |
| CATHERINE GOLDEN | JAMES GIDLEY | MARK FELDMANN | STEWART MCCLOUD |
| CHARLES SHELDON | JAMES GLENN | MARK LUDOLPH | SUSANNE ARANI |
| CHRISTOPHER BANASZAK | JAMES KASPER | MARK TUVIM | TEIRNEY CHRISTENSO |
| CHRISTOPHER MARKS | JAMES KENNEDY | MARK WALL | TERRI WEBER |
| CLARE MAISANO | JAMES KRAMER | MARY BACK | THEODORE MCCULLOUGH |
| COREY DENNIS | JAMES NIQUET | MATTHEW FISCHER | THOMAS DOUGALL |
| CURTIS BAILEY | JAMES SLAUGHTER | MATTHEW JOSS | THOMAS LYONS |
| DAN LABELLE | JASON KENNEDY | MATTHEW STRAUS | THOMAS MAXWELL |
| DANIEL GRIFFIN | JASON RUBIN | MAURICE MULLINS | THOMAS MOSES |
| DANIEL MANNA | JEFFREY PORETZ | MELISSA OLSON | THOMAS SCHRIMPF |
| DANIEL O'CONNELL | JEFFREY THOMEN | MICHAEL CASCINO | TIMOTHY THORSON |
| DANIEL O'SHEA | JENNIFER TECHMAN | MICHAEL DENNING | V. BEVON |
| DANIELLE MAHONEY | JOHN FISHWICK | MICHAEL DRUMKE | W. SIESENNOP |
| DAVID BEACH | JOHN FONSTAD | MICHAEL SIMONS | WALTER BARTON |
| DAVID DONADIO | JOHN FRANKE | MICHAEL TRUCCO | WILLARD MOODY |
| DAVID FANNING | JOHN GEIDA | MICHAEL ZUKOWSKI | WILLIAM COLLINS |
| DAVID STURM | JOHN JACKSON | MOFFATT MCDONALD | WILLIAM CONNER |
| DAVID SZLANFUCHT | JOHN SON | NORA GIERKE | WILLIAM GAVIN |
| DAVID TRAYLOR | JONATHAN ZWEIZIG | PATRICIA TURNER | WILLIAM SHENKENBER |
| DEBORAH COTE | JOSEPH RHODES | PATRICK STUFFLEBEA | ZANDRA JOHNSON |
| DEMETRA CHRISTOS | JOSEPH SULLIVAN | PAUL WEYKAMP | |
| DEREK JOHNSON | JOSHUA JOHANNINGM | R. BERNHARDT | |